EASTERN DISTRICT OF TENNESSEE

IN RE: UNCLAIMED FUNDS                                      CHAPTER 13
       03/09/15

**NOTICE OF PAYMENT OF UNCLAIMED**
**FUNDS TO THE CLERK OF COURT**

The following checks have been outstanding for more than 90 days and pursuant to 11 U.S.C. Section 347 the funds are being paid to the Clerk of the Court as unclaimed funds.

| Check Number | Claim Number | Case Number | Payee Name & Address | Amount |
|---|---|---|---|---|
| Wanda Gail Boston | | | | |
| 1773811 | 300/005 | 07-15307 | Been There Done That<br>8790 Dayton Pike<br>Soddy Daisy, TN  37379-4301 | $ 107.73 |
| Valerie Amelia Serret | | | | |
| 1773811 | 400/006 | 08-13400 | Advance America Cash Advance<br>135 North Church Street<br>Spartanburg, SC  29306 | $ 139.63 |
| Rufus NMI Aul III | | | | |
| 1773811 | 400/028 | 08-13436 | Caduceus<br>%Receivables Management Bur<br>409 Bearden Park Cir<br>Knoxville, TN  37919-7448 | $   9.93 |
| Rufus NMI Aul III | | | | |
| 1773811 | 401/027 | 08-13436 | Cassandra Whitaker MD<br>%Receivables Management Bur<br>409 Bearden Park Cir<br>Knoxville, TN  37919-7448 | $   6.30 |
| Rufus NMI Aul III | | | | |
| 1773811 | 402/029 | 08-13436 | Vincent A Viscomi MD<br>%Receivables Management Bur<br>409 Bearden Park Cir<br>Knoxville, TN  37919-7448 | $   9.97 |
| Cecil Lamar McKibben | | | | |
| 1773811 | 400-015 | 08-15048 | CSA/ASL/Emergency Med Assoc<br>3700 Brainerd Road<br>Chattanooga, TN  37411 | $  48.34 |

| | | | | | |
|---|---|---|---|---|---|
| Lisa J Pryor | | | | | |
| 1773811 | 400/006 | 08-16605 | Speciality MRI<br>%Fox Collection<br>PO Box 528<br>Goodlettsville, TN 37070 | $ | 38.19 |
| Nancy Lynn Blevins | | | | | |
| 1773811 | 400/004 | 09-11420 | Budgetline Cash Advance of TN<br>DBA Cash Choice<br>2980 Habersham Way<br>Atlanta, GA 30305-2816 | $ | 6.37 |
| Valencia Mechele Colvin | | | | | |
| 1773811 | 400/018 | 09-17219 | The Rental Store<br>%TRS<br>2277 Gunbarrel Road<br>Chattanooga, TN 37421 | $ | 179.98 |
| Thomas E Cota SR | | | | | |
| 1773811 | 400/999 | 09-17371 | Thomas E Cota Sr<br>General Delivery<br>Claremont, NH 03743-9999 | $ | 4.86 |
| Robert Lavette Ramsey SR | | | | | |
| 1773811 | 400/999 | 10-10217 | Robert Lavette Ramsey SR<br>102 Magnolia Street<br>Lafayette, GA 30728 | $ | 226.55 |
| Bradley Cain Conner | | | | | |
| 1773811 | 400/011 | 10-10510 | Valued Services LLC<br>DBA First American Cash Adv<br>7047 Lee Highway<br>Chattanooga, TN 37421-1793 | $ | 51.11 |
| Charles Herman Reed Sr | | | | | |
| 1773811 | 400-004 | 10-13008 | Southern Radiology Associates<br>%Fox Collection Center<br>PO Box 528<br>Goodlettsville, TN 37070-0528 | $ | 18.34 |
| William Dewayne Cate | | | | | |
| 1773811 | 400/003 | 10-13335 | Dish Network<br>ATTN Kathleen Smieciuch<br>PO Box 6633<br>Englewood, CO 80155-6633 | $ | 37.97 |
| Jerry Michael Solomon | | | | | |
| 1773811 | 007-003 | 10-13340 | Martin Zaragoza<br>999 27th Street SE<br>Cleveland, TN 37323-0602 | | $1,072.14 |
| Kenneth S Russell | | | | | |
| 1773811 | 400/015 | 10-13612 | Parkway Orthopaedic<br>%Mountain Management Serv<br>5600 Brainerd Road Ste 500<br>Chattanooga, TN 37411-5371 | $ | 10.00 |
| Mark Levi Snyder | | | | | |
| 1773811 | 400/012 | 11-11826 | David Vernon Brown | $ | 596.82 |

|  |  |  |
|---|---|---|
| | PO Box 71963 | |
| | Chattanooga, TN  37407 | |
| Timothy Albert Robinson | | |
| 1773811     400/004     11-15682 | Murfreesboro Radiology | $     8.81 |
| | %Fox Debt Collection | |
| | PO Box 528 | |
| | Goodlettsville, TN  37070-0528 | |
| Timothy Albert Robinson | | |
| 1773811     401/003     11-15682 | Neurosurgical Anesthesiologists | $     9.01 |
| | %Fox Collection Center | |
| | PO Box 528 | |
| | Goodlettsville, TN  37070 | |
| Timothy Albert Robinson | | |
| 1773811     402/002     11-15682 | Horton Highway Utility District | $    17.93 |
| | %Fox Collection Center | |
| | PO Box 528 | |
| | Goodlettsville, TN  37070 | |
| Dayle Quarles Pruitt | | |
| 1773811     400/002     12-11978 | Diagnostic Imaging Cons-MBM | $    23.91 |
| | %Fox Collection Center | |
| | PO Box 528 | |
| | Goodlettsville, TN  37070-0528 | |
| Henry R Evans | | |
| 1773811     400/001     12-12227 | Pro-Tech Medical LLC | $    17.03 |
| | %Fox Collection Center | |
| | PO Box 528 | |
| | Goodlettsville, TN  37070 | |
| Janie Lynn Stragand | | |
| 1773811     400/999     13-10415 | Janie Lynn Stragand | $    80.77 |
| | 5951 Dayton Boulevard | |
| | Apartment B | |
| | Chattanooga, TN  37415 | |
| Johnny Ray Simpson | | |
| 1773811     400/799     13-15561 | Gary N Fritts Esquire | $    39.57 |
| | 215 Dayton Mountain Highway | |
| | PO Box 367 | |
| | Dayton, TN  37321 | |
| | TOTAL | $2,761.26 |

KARA L. WEST, TRUSTEE

KARA L. WEST, TRUSTEE